UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PLASTIKON INDUSTRIES, INC.

          Plaintiff,

v.                  5:05-CV-0494
                    (FJS/GHL)
ALL-STATE STAMPING CORPORATION and
ALL-STATE SALES & ADMINISTRATIVE
SERVICES, INC.,

          Defendants.
_____

APPEARANCES:             OF COUNSEL:

HOLLAND & KNIGHT          DAVID J. HARRINGTON, ESQ.
Counsel for Plaintiff           JAMES V. MARKS, ESQ.
195 Broadway
24th Floor
New York, New York 10007

GREENE, HERSHDORFER & SHARPE   BRUCE G. SODEN, ESQ.
Counsel for Defendant
One Lincoln Center, Suite 330
Syracuse, New York 13202-1309

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

In a Memorandum-Decision and Order dated November 22, 2005 (Dkt. No. 13; the "Order"), the Court erroneously identified Guiv Soofer as an officer of Plaintiff and directed that Guiv Soofer's deposition be conducted in Syracuse, New York. In fact, Guiv Soofer is not an officer of Plaintiff; however, Fred Soofer is such an officer. Accordingly, it is hereby

**ORDERED**, that the deposition of Fred Soofer, a corporate officer of Plaintiff, be conducted in Syracuse; and it is further

**ORDERED**, that **on or before December 2, 2005**, Plaintiff's counsel shall electronically file a letter stating whether their position is that Guiv Soofer and Sharon Turner are not "managing agents" of Plaintiff within the meaning of Rule 30(b)(6).

Dated: November 30, 2005
      Syracuse, New York

                                            George H. Lowe
                                            United States Magistrate Judge